IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL BERNAL,

    Plaintiff,

v.                                                        No. CIV-12-00773 LH/WDS

BENJAMIN MELENDREZ,
and COLE KNIGHT,
in their individual capacities,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **May 14, 2013** is vacated. On or about April 16, 2013 the parties should be notified that a new Magistrate Judge has been assigned to this case. At that time the parties should contact the new Magistrate Judge in order to reschedule the settlement conference.

    IT IS SO ORDERED.

                                                                         W. DANIEL SCHNEIDER
                                                                         United States Magistrate Judge